EXHIBIT "C"         Wikimedia Attribution Requirements

